■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD JACKSON, Appellant. [682 NYS2d 863] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Golia, J.), rendered December 9, 1996, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Miller, J. P., Ritter, Copertino and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAIN PEREZ, Appellant. [682 NYS2d 863] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Braun, J.), rendered July 30, 1996, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertion on appeal, the trial court did not improvidently exercise its discretion in rendering its *Sandoval* ruling (*see, People v Walker,* 83 NY2d 455; *People v Pavao,* 59 NY2d 282; *People v Sandoval,* 34 NY2d 371).

The defendant's remaining contentions are either unpreserved for appellate review or do not warrant reversal (*see, People v Crimmins,* 36 NY2d 230). Miller, J. P., Ritter, Copertino and Altman, JJ., concur.